# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:17-cv-00347-MR

| | |
|---|---|
| CLARENCE HENDRIX, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NANCY A. BERRYHILL, Acting ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs [Doc. 2].

The Plaintiff, who is represented by counsel, seeks to proceed with this civil action without having to prepay the costs associated with prosecuting the matter. The Plaintiff's application, however, fails to provide all of the information that the Court requires to determine whether the Plaintiff has sufficient resources from which to pay the filing fee for this action. Consequently, the Plaintiff's application is denied without prejudice. Should the Plaintiff refile his application, he should use the Application to Proceed in District Court without Prepaying Fees or Costs (Long Form) (AO 239), which is available through the Court's website, http://www.ncwd.uscourts.gov.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs [Doc. 2] is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Plaintiff shall file an Application, using AO Form 239, within thirty (30) days of entry of this Order. **Failure to file an Amended Application within the time required will result in the dismissal of this action without prejudice.**

**IT IS SO ORDERED.**

Signed: January 8, 2018

Martin Reidinger
United States District Judge