# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Clarence Hendrix, Jr., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:17-cv-00347-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Nancy A. Berryhill, | ) | |
| | ) | |
| Defendant. | | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Order entered on March 22, 2019.

March 22, 2019

Frank G. Johns, Clerk
United States District Court